Mark Mausert
Nevada Bar #2398
Sean McDowell, Esq.
Nevada Bar #15962
729 Evans Avenue
Reno, Nevada 89512
(775) 786 5477
(775) 786 9658 –fax
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SIERRA GRAY-GRIFFITHS,<br><br>Plaintiff,<br><br>vs.<br><br>CFR AUTO, LLC d/b/a CORWIN FORD RENO,<br><br>Defendant. | Case No.: 3:26-cv-00366-CSD<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, SIERRA GRAY-GRIFFITHS, and Defendant, CFR AUTO, LLC d/b/a CORWIN FORD RENO, by and through their respective counsel of record, that pursuant to F.R.C.P. 41(a)(1), Plaintiff's claims in the above-referenced action are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 26th day of October, 2026.
MARK MAUSERT LAW OFFICE

*/s/ Mark Mausert*
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff*

Dated this 26th day of October, 2026.
QUINTAIROS PRIETO WOOD & BOYER, P.A.

*/s/ Terence Cushing*
TERENCE N. CUSHING
14350 N. 87th Street, Suite 265
Scottsdale, Arizona 82560

*Attorney for Defendant*

**IT IS SO ORDERED.**

Dated: October 27, 2026.

UNITED STATES MAGISTRATE JUDGE